THE STATE OF OHIO, APPELLEE, *v.* TAYLOR, APPELLANT.

[Cite as *State v. Taylor* (1996), 75 Ohio St.3d 457.]

(No. 95–2461—Submitted March 19, 1996—Decided May 15, 1996.)

*Gregory J. Brown,* Ashtabula County Prosecuting Attorney, for appellee.

*Gary D. Taylor, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals based on that court's analysis of appellant's claims. Appellant has failed to demonstrate "a

genuine issue as to whether the applicant was deprived of the effective assistance of counsel on appeal." App.R. 26(B)(5).

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.